UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

Case No.: 25-10245 JKS

Chapter: 13

In Re:
Kevin P. Carmichael

Judge: Sherwood

## CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for ___Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On __2/13/2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Chapter 13 Plan.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 2/13/2025

/s/ Nicholas Ralston

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road, Ste 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>P.O. Box 65250<br>Salt Lake City, UT 84165<br><br>Capital One Auto Finance<br>Attn: Bankruptcy<br>7933 Preston Road<br>Plano, TX 75024<br><br>Toyota Financial Services<br>Attn: Bankruptcy<br>P.O. Box 259004<br>Plano, TX 75025<br><br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br><br>Attn: Capital One Auto Finance, a division of Capital One, N.A. Department<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.