Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−10245−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin Patrick Carmichael
   266 Seton Hall Drive
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−1836

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           3/27/25
Time:           08:30 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: February 13, 2025
JAN: dlr

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-10245-JKS

Kevin Patrick Carmichael  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3

Date Rcvd: Feb 13, 2025      Form ID: 132      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Patrick Carmichael, 266 Seton Hall Drive, Paramus, NJ 07652-5648 |
| 520508100 | + | PSE&G Bankruptcy Department, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520508097 | + | Port Authority New York and New Jersey, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 520508104 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2025 21:04:30 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 520508085 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 13 2025 21:03:38 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520549777 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2025 21:04:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520508086 | + | Email/PDF: bncnotices@becket-lee.com | Feb 13 2025 21:04:55 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520508087 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 20:52:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520508088 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 13 2025 20:52:59 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520512114 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2025 21:03:50 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520508089 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 21:04:57 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520508090 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 13 2025 21:05:03 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520508091 | | Email/Text: BNBLAZE@capitalsvcs.com | Feb 13 2025 20:54:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 520508092 | + | Email/Text: galaxybk@galaxyllc.net | | |

| | | | | |
|---|---|---|---|---|
| | | | Feb 13 2025 20:54:00 | Galaxy International, 4730 South Ft Apache Rd Ste 300, Las Vegas, NV 89147-7947 |
| 520508093 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Feb 13 2025 20:54:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520508094 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Feb 13 2025 20:55:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520508095 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Feb 13 2025 21:04:34 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 520545483 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Feb 13 2025 20:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520508096 | + | Email/Text: netcreditbnc@enova.com | | |
| | | | Feb 13 2025 20:56:53 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 520508098 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 13 2025 21:03:50 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 520508099 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | | |
| | | | Feb 13 2025 20:54:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 520548150 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 13 2025 20:55:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520508101 | | Email/Text: lawfirmTX@RAUSCHSTURM.com | | |
| | | | Feb 13 2025 20:54:00 | Rausch Sturm LLP, 300 N. Executive Dr, Ste 200, Brookfield, WI 53005 |
| 520508102 | ^ | MEBN | | |
| | | | Feb 13 2025 20:46:33 | Receivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 520508103 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Feb 13 2025 20:56:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 520508105 | + | Email/Text: bankruptcy@sunrisecreditservices.com | | |
| | | | Feb 13 2025 20:54:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 520508106 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 13 2025 21:05:01 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520508107 | ^ | MEBN | | |
| | | | Feb 13 2025 20:47:53 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Kevin Patrick Carmichael ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4