**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>KEVIN PATRICK CARMICHAEL<br><br>Debtor(s) | Case No. 25-10245 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/09/2025.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 03/31/2025.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $37,575.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

### Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:   $2,142.00

### Attorney Fees:

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---|---|
| LEE MARTIN PERLMAN | Attorney Fee | $2,142.00 | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFFIRM, INC. | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 1,607.00 | 1,607.34 | 1,607.34 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 0.00 | 420.30 | 420.30 | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 459.00 | 430.30 | 430.30 | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS BANK/BLAZE | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| GOLDMAN SACHS BANK USA | Unsecured | 1,848.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 1,498.00 | 1,498.99 | 1,498.99 | 0.00 | 0.00 |
| NETCREDIT/RB | Unsecured | 3,926.00 | NA | NA | 0.00 | 0.00 |
| NEW YORK STATE THRUWAY AUTHO | Unsecured | NA | 365.07 | 365.07 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 784.00 | 784.12 | 784.12 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 225.00 | 225.31 | 225.31 | 0.00 | 0.00 |
| PROGRESSIVE | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| PSE&G BANKRUPTCY DEPARTMENT | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 5,312.33 | 5,312.33 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 7,510.04 | 7,592.04 | 7,592.04 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | 0.00 | 158,808.19 | 158,808.19 | 0.00 | 0.00 |
| STATE OF NJ | Unsecured | NA | 6,897.09 | 6,897.09 | 0.00 | 0.00 |
| STATE OF NJ | Priority | NA | 11,944.82 | 11,944.82 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 0.00 | 80.00 | 80.00 | 0.00 | 0.00 |
| TRIBOROUGH BRIDGE AND TUNNEL | Unsecured | 26,543.08 | 23,099.82 | 23,099.82 | 0.00 | 0.00 |
| UNITED STATES TREASURY/IRS | Unsecured | NA | 144,424.75 | 144,424.75 | 0.00 | 0.00 |
| UNITED STATES TREASURY/IRS | Priority | NA | 34,630.48 | 34,630.48 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 363.88 | 363.88 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 233.45 | 233.45 | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $158,808.19 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $500.30 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$159,308.49** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $46,575.30 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$46,575.30** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$192,834.49** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/04/2025                         By: /s/ Marie-Ann Greenberg
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.